IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID HADLEY; ET AL.,

                Plaintiff(s),        Civil No. 08-130-JO

    v,                            ORDER OF DISMISSAL

MULTNOMAH COUNTY, an incorporated
subdivision of the State of Oregon; ET AL.,

                Defendant(s).

        The Court having been informed by counsel for the parties that this action has been settled,

        IT IS HEREBY ORDERED this action is dismissed with prejudice and without costs and with leave, upon good cause shown, to have this order of dismissal set aside and the action reinstated if the settlement is not consummated.  All pending motions are denied as moot.

        DATED:     September 25, 2009

                                          /s/ Cindy A. Schultz
                                      CINDY A. SCHULTZ
                                      DEPUTY COURT CLERK